IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY G. FAISON,  )
 )
    Plaintiff,  )
 )
v.  )   CIVIL NO. 3:17cv44 (MHL)
 )
ROSEMARY BUEHLER[1],  )
 )
    Defendant.  )
 )

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on April 24, 2017. (ECF No. 10.) The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)   The Report and Recommendation (ECF No. 10) is ADOPTED as the opinion of this Court.

(2)   Defendant's Motion to Transfer Case (ECF No. 8) is GRANTED.

(3)   This case is TRANSFERRED to the Rome Division of the Northern District of Georgia.

Let the Clerk of the Court send a copy of this Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 5-12-17

/s/
M. Hannah Lauck
United States District Judge

---

[1] Plaintiff named Rose Mary Buehler, the Regional Commissioner for the Social Security Administration's Atlanta Region, as the defendant in this matter. Ms. Buehler, however, is not a proper party defendant. The correct defendant is Nancy A. Berryhill, who became the Acting Commissioner of Social Security on January 23, 2017.